IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BART WAYNE WOODARD                                                                     PLAINTIFF

v.                                          Civil No. 6:19-cv-6021

SERGEANT DOROTHY GRIFFIN;
LIEUTENANT JENNIFER CARL;
CAPTAIN KING; and WARDEN N. FAUST                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 3, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that all official capacity claims against Defendants Carl, King, and Faust be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, all official capacity claims against Defendants Carl, King, and Faust are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of June, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge